665 S.E.2d 169

**In the Matter of Samuel Michael OGBURN, Respondent.**

Supreme Court of South Carolina.

July 28, 2008.

## ORDER

Respondent was suspended on December 10, 2007, for a period of sixty (60) days. He has now filed an affidavit

requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

JEAN H. TOAL, C.J.